**Order entered November 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00782-CV

**EBAY INC., Appellant**

**V.**

**MARY KAY INC., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-1403318**

## ORDER

We **GRANT** appellant's November 20, 2014 unopposed motion for an extension of time to file a reply brief. Appellant shall file its reply brief by **December 8, 2014**.

/s/     ELIZABETH LANG-MIERS
           JUSTICE